UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOSE ANTONIO MARTINEZ<br>LA. DOC #582284<br>VS. | CIVIL ACTION NO. 5:15-cv-1919<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of November, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE